**Order filed November 13, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00793-CR
_____

**SHAH KAKEEN STEPHENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No. 2
Fort Bend County, Texas
Trial Court Cause No. 13-CCR-167465**

---

### O R D E R

The clerk's record was filed November 12, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c).

The Fort Bend County Clerk is directed to file a supplemental clerk's record on or before **December 1, 2014**, containing Appellant's Notice of Appeal filed October 1, 2014.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM